DEALY & SILBERSTEIN, LLP
William J. Dealy (WD 9776)
Milo Silberstein (MS 4637)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Plaintiffs-Intervenors Jill Patricot*
*Tanys Lancaster and Janet Loures*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                                      Plaintiffs,

          -against-

BLOOMBERG L.P. ,

                                      Defendants.
-----------------------------------------------------------X

Case No: 07 CV 8383 (LAP)(HP)
ECF ACTION

NOTICE OF MOTION
TO INTERVENE AS
PLAINTIFFS- INTERVENORS

To:  Elizabeth Grossman, Esq. and Raechel Adams, Esq.
      Equal Employment Opportunity Commission
      33 Whitehall Street, 5th Floor
      New York, New York 10004
      Attorneys for Plaintiff
      (via CM/ECF)

      Thomas Golden, Esq.
      Wilkie Farr & Gallagher, LLP
      787 Seventh Avenue
      New York, New York 10019
      Attorneys for Defendant
      (via e-mail and overnight delivery)

      Please take notice that, for the reasons set forth in the accompanying Memorandum of Law of Plaintiffs-Intervenors In Support Of Their Motion to Intervene, the undersigned hereby

makes a motion on behalf of Plaintiffs-Intervenors Jill Patricot, Tanys Lancaster and Janet Loures to intervene in the above captioned matter pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and to file the Complaint of Plaintiffs-Intervenors Jill Patricot, Tanys Lancaster and Janet Loures, which is annexed hereto as <u>Exhibit A.</u>

Dated: New York, New York
       October 2, 2007

                Respectfully submitted,

                DEALY & SILBERSTEIN, LLP

                By: _____
                  Milo Silberstein (MS 4637)
                  William J. Dealy (WD 9776)
                225 Broadway, Suite 1405
                New York, New York 10007
                (212) 385-0066
                *Attorneys for Plaintiffs-Intervenors Jill Patricot, Tanys Lancaster and Janet Loures*