UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
EQUAL EMPLOYMENT OPPORTUNITY                                :
COMMISSION,                                                 :
                                                            :
                        Plaintiff,         :         07-CV-8383 (LAP)(HP)
                                                            :       <u>ECF ACTION</u>
              -against-                                     :
                                                            :       RESPONSE OF DEFENDANT
BLOOMBERG L.P.,                                             :       BLOOMBERG L.P. TO MOTION
                                                            :       <u>TO INTERVENE</u>
                      Defendants.      :
                                                            :
                                                            :
------------------------------------------------------------x

           Defendant Bloomberg L.P. ("Bloomberg"), by its undersigned counsel, hereby states that it does not oppose the October 3, 2007, motion to intervene (the "Motion") by Jill Patricot, Tanys Lancaster and Janet Loures (collectively, the "Intervenors"), only insofar as the Motion seeks an order allowing them to intervene as plaintiffs in the above-captioned action, and to serve and file a separate complaint against Bloomberg. For the avoidance of doubt, Bloomberg respectfully reserves its rights with respect to any complaint to be served and filed by the Intervenors.

Dated:   October 17, 2007
           New York, New York

                                          WILLKIE FARR & GALLAGHER LLP

                                          By: <u>/s/ Thomas H. Golden</u>
                                                Thomas H. Golden (TG-1467)
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        (212) 728-8000

                                        Attorneys for Defendant Bloomberg L.P.

To:

Elizabeth Grossman
Robert D. Rose
Raechel L. Adams
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

William J. Dealy
Milo Silberstein
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, New York 10007