UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

      -against-

BLOOMBERG L.P.,

              Defendants.

------------------------------------------------------------x

07-CV-8383 (LAP)(HP)
ECF ACTION

RESPONSE OF DEFENDANT
BLOOMBERG L.P. TO MOTION
TO INTERVENE

      Defendant Bloomberg L.P. ("Bloomberg"), by its undersigned counsel, hereby states that it does not oppose the October 3, 2007, motion to intervene (the "Motion") by Jill Patricot, Tanys Lancaster and Janet Loures (collectively, the "Intervenors"), only insofar as the Motion seeks an order allowing them to intervene as plaintiffs in the above-captioned action, and to serve and file a separate complaint against Bloomberg. For the avoidance of doubt, Bloomberg respectfully reserves its rights with respect to any complaint to be served and filed by the Intervenors.

Dated:    October 17, 2007
           New York, New York

WILLKIE FARR & GALLAGHER LLP

By: _____
Thomas H. Golden (TG-1467)
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for Defendant Bloomberg L.P.

*[Handwritten annotation: The motion to intervene [dkt. no. __] is granted. So ordered. Loretta A. Preska, USDJ. October 22, 2007]*