UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
EQUAL EMPLOYMENT OPPORTUNITY                               :
COMMISSION                                                 :
                                                           :
                          Plaintiff,                       :   07-CV-8383 (LAP)(HP)
                                                           :   ECF ACTION
              -against-                                    :
                                                           :   RESPONSE OF DEFENDANT
                                                           :   BLOOMBERG L.P. TO
BLOOMBERG L.P.,                                            :   MOTION OF MONICA PRESTIA
                                                           :   TO INTERVENE
                          Defendants.                      :
                                                           :
                                                           :
-----------------------------------------------------------x

In response to the motion to intervene filed on November 7, 2007 (the "Motion") by Monica Prestia (the "Intervenor"), Defendant Bloomberg L.P. ("Bloomberg"), by its undersigned counsel, hereby states as follows: Bloomberg does not oppose the Motion, provided that intervention in this action is accompanied by Intervenor's filing a stipulation dismissing, with prejudice, her complaint in the separate action captioned, Prestia v. Bloomberg, 07 Civ. 6003 (S.D.N.Y.) (BSJ) (JCF). Bloomberg respectfully reserves its rights with respect to any complaint to be served and filed by the Intervenor.

Dated:   November 20, 2007
         New York, New York

                                                 WILLKIE FARR & GALLAGHER LLP

                                                 By: _____
                                                     Thomas H. Golden

                                                 787 Seventh Avenue
                                                 New York, New York 10019
                                                 (212) 728-8000

                                                 Attorneys for Defendant Bloomberg L.P.

4008863.1

To:

Richard A. Roth
The Roth Law Firm PLLC
545 Fifth Avenue, Suite 960
New York, New York 10017

Elizabeth Grossman
Robert D. Rose
Raechel L. Adams
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

William J. Dealy
Milo Silberstein
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, New York 10007