UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
EQUAL EMPLOYMENT OPPORTUNITY                                      :
COMMISSION,                                                       :   ELECTRONICALLY FILED
                                                                  :
                Plaintiff,                                        :   Case No.: 07 Cv. 8383 (LAP)
                                                                  :   (HP) ECF ACTION
     -against-                                                 :
                                                                  :   RULE 7.1 STATEMENT
BLOOMBERG L.P.,                                                   :
                                                                  :
                Defendant.                                        :
                                                                  :
                                                                  :
------------------------------------------------------------------x
                                                                  :
JILL PATRICOT, TANYS LANCASTER,                                   :
MONICA PRESTIA and JANET LOURES,                                  :
                                                                  :
                Plaintiffs- Intervenors,                          :
                                                                  :
     -against-                                                 :
                                                                  :
BLOOMBERG L.P.,                                                   :
                                                                  :
                Defendant.                                        :
                                                                  :
------------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bloomberg L.P. ("Bloomberg") states that Bloomberg is a limited partnership organized under the laws of the State of Delaware, that Bloomberg Inc., which is not a publicly-held corporation, owns 80 percent of its limited partnership interests, and that Merrill Lynch L.P. Holding Inc. owns 20 percent of its limited partnership interests.

4030500.1

Dated:   New York, New York
         December 3, 2007

                                                  WILLKIE FARR & GALLAGHER LLP

                                                  By: /s/ Thomas H. Golden
                                                      Thomas H. Golden
                                                     (A Member of the Firm)

                                                787 Seventh Avenue
                                                New York, New York  10019
                                                (212) 728-8000
                                                tgolden@willkie.com
                                                Attorney for Defendant Bloomberg L.P.