THE ROTH LAW FIRM, PLLC
Richard A. Roth (RAR 5538)
545 Fifth Avenue, Suite 960
New York, New York 10017
(212) 542-8882
*Attorneys for Plaintiff-Intervenor Monica Prestia*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

　　　　　　　　　　　　　　Plaintiff,

　　　　-against-

BLOOMBERG L.P.,

　　　　　　　　　　　　　　Defendant.
-----------------------------------------------------------X

Case No.: 07 CV 8383(LAP)(HP)
ECF ACTION

NOTICE OF
UNOPPOSED MOTION
OF MONICA PRESTIA
TO INTERVENE AS
PLAINTIFF-INTERVENOR

To:　Raechel Adams, Esq.
　　　Equal Employment Opportunity Commission
　　　33 Whitehall Street, 5th Floor
　　　New York, New York 10004
　　　Attorneys for Plaintiff
　　　(via ECF)

　　　Thomas Golden, Esq. and Elissa Rossi, Esq.
　　　Wilkie, Farr & Gallagher, LLP
　　　787 Seventh Avenue
　　　New York, New York 10019
　　　Attorneys for Defendant
　　　(via ECF)

*The motion is granted on the condition, contained in the Response of Defendant Bloomberg L.P. to Motion of Monica Prestia to Intervene, that 07 Civ. 6003 be dismissed.*

December 31, 2007

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

William J. Dealy, Esq. and Milo Silberstein, Esq.
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, New York 10007
*Attorneys for Plaintiff-Intervenors Jill Patricot,
Tanya Lancaster and Janet Loures*

Please take notice that, for the reasons set forth in the accompanying Memorandum of Law of Plaintiff-Intervenor Monica Prestia in Support of Unopposed Motion to Intervene, the undersigned hereby makes a motion on behalf of Plaintiff-Intervenor Monica Prestia to intervene in the above captioned matter pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and to file the Complaint of Plaintiff-Intervenor Monica Prestia, which is annexed hereto as Exhibit A.

Dated: New York, New York
       November 7, 2007

                                        Respectfully Submitted,

                                        THE ROTH LAW FIRM, PLLC

                                        By: _____
                                              Richard A. Roth (RAR 5538)
                                        545 Fifth Avenue, Suite 960
                                        New York, New York 10017
                                        (212)542-8882
                                        *Attorneys for Plaintiff-Intervenor*
                                        *Monica Prestia*