UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

    -against-

BLOOMBERG L.P.,

                                                                   ECF CASE
        Defendant.
------------------------------------------------------------------------------x    07-CV-8383 (LAP)(HP)
JILL PATRICOT, TANYS LANCASTER,
JANET LOURES, and MONICA PRESTIA,

        Plaintiff-Intervenors,

    -against-

BLOOMBERG L.P.,

        Defendant.
------------------------------------------------------------------------------x

### NOTICE OF APPEARANCE OF MICHELLE A. CAIOLA FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

      PLEASE TAKE NOTICE that Michelle A. Caiola hereby appears as counsel for Plaintiff Equal Employment Opportunity Commission in the above-captioned action. I certify that I am an attorney employed by a federal agency. I further certify that I am admitted to practice in the state of New York, and in the U.S. District Court for the Southern District of New York. I am fully familiar with the Local Rules for the U.S. District Court for the Southern District of New York.

Dated:        January 28, 2007

                                                                                                 _____
                                                                                                 Michelle A. Caiola (MC 2110)
                                                                                                 Senior Trial Attorney

1

U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004
Tel: (212) 336-3702
Fax: (212) 336-3623
E-mail: michelle.caiola@eeoc.gov