

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3721
General FAX: (212) 336-3625

Raechel L. Adams
Senior Trial Attorney
Phone (212) 336-3707
Fax (212) 336-3623
raechel.adams@eeoc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

February 28, 2008

VIA FIRST CLASS MAIL
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

RECEIVED
MAR 4 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

Re:   EEOC v. Bloomberg L.P. (SDNY: 07-CV-8383)

Dear Judge Preska:

　　　EEOC writes on behalf of all parties pursuant to Your Honor's request during yesterday's conference. The parties respectfully request that the Revised (Proposed) Scheduling Order submitted last month be entered, with one revision concerning EEOC's identification of claimants to Defendant. The parties have agreed upon the new deadline of October 15, 2008, or 75 days before the close of fact discovery. As counsel discussed following yesterday's conference, EEOC will inform all counsel promptly as it identifies new claimants throughout the discovery process.

　　　In addition, the parties acknowledge that we have scheduled a status conference with Your Honor for Thursday, May 1, 2008 at 10:00am.

Respectfully submitted,

Raechel Ad
Raechel L. Adams

cc:   Tom Golden, Esq.
　　　Milo Silberstein, Esq.
　　　Bill Dealy, Esq.
　　　Richard Roth, Esq.

SO ORDERED.

Loretta L Preska
Hon. Loretta A. Preska, U.S.D.J.

March 5, 2008