UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
EQUAL EMPLOYMENT OPPORTUNITY                                     :
COMMISSION,                                                      :
                                                                :
                            Plaintiff,        :    Case No.: 07 CV. 8383 (LAP) (HP)
                                                                :    ECF ACTION
                       -against-              :    MOTION TO ADMIT COUNSEL
                                                                :    PRO HAC VICE
BLOOMBERG L.P.,                                                 :
                                                                :
                            Defendant.        :
                                                                :
----------------------------------------------------------------x
                                                                :
JILL PATRICOT, TANYS LANCASTER,                                :
MONICA PRESTIA and JANET LOURES,              :
                                                                :
                      Plaintiffs-Intervenors,  :
                                                                :
                       -against-              :
                                                                :
BLOOMBERG L.P.,                                                 :
                                                                :
                            Defendant.        :
                                                                :
----------------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Thomas H. Golden, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of:

|  |  |
|---|---|
| Applicant's Name: | Eric S. Dreiband |
| Firm Name: | Akin Gump Strauss Hauer & Feld LLP |
| Address: | Robert S. Strauss Building |
|  | 1333 New Hampshire Avenue NW |

| City/State/Zip: | Washington, DC 20036 |
|---|---|
| Phone Number: | (202) 887-4180 |
| Fax Number: | (202) 887-4288 |
| Email Address | edreiband@akingump.com |

I understand that Mr. Dreiband is a member in good standing of the Bar of the State of Illinois (Bar Number 6210456, date of admission 11/5/92) and the Bar of the District of Columbia (Bar Number 497285, date of admission 4/3/06). Attached hereto are certificates of good standing for Mr. Dreiband. I am not aware of any disciplinary proceedings pending against Mr. Dreiband in any State or Federal court.

Dated:    New York, New York
          March 5, 2008

WILLKIE FARR & GALLAGHER LLP

By_____
     Thomas H. Golden
     (A Member of the Firm)

787 Seventh Avenue
New York, New York  10019
(212) 728-8000
tgolden@willkie.com

Attorney for Defendant Bloomberg L.P.



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

ERIC S. DREIBAND

_____

was on the   3RD   day of      APRIL, 2006

duly qualified and admitted as an attorney and counselor.  This

attorney is, on the date indicated below, voluntarily registered as

an inactive member in good standing of the District of Columbia Bar

and, therefore, is not currently eligible to practice law in the

District of Columbia.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on
> February 26, 2008.

> GARLAND PINKSTON, JR., CLERK

> By: _Jacqueline M. Smith_
>          Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Eric Stefan Dreiband

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1992 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, February 27, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                      :

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
                                        :   Case No.: 07 CV. 8383 (LAP) (HP)
                                              ECF ACTION
                   Plaintiff,       :

          -against-            :   AFFIDAVIT OF THOMAS H.
                                         GOLDEN IN SUPPORT OF
BLOOMBERG L.P.,               :   MOTION TO ADMIT COUNSEL
                                         PRO HAC VICE
               Defendant.    :

------------------------------------------------------------------x
                                        :

JILL PATRICOT, TANYS LANCASTER,
MONICA PRESTIA and JANET LOURES,    :

           Plaintiffs-Intervenors,   :

          -against-            :

BLOOMBERG L.P.,               :

             Defendant.    :

------------------------------------------------------------------x

STATE OF NEW YORK    )
                        : ss.:
COUNTY OF NEW YORK  )

       Thomas H. Golden, being duly sworn, hereby deposes and says as follows:

1.     I am a member of the firm of Willkie Farr & Gallagher LLP, counsel for Defendant

Bloomberg L.P. in the above-captioned action.  I am familiar with the proceedings in this case.  I

submit this affidavit in support of Defendant's motion for an order admitting Eric S. Dreiband

pro hac vice to represent it in this matter as co-counsel with Willkie Farr & Gallagher.  Except

where otherwise indicated, I make the statements herein based on my personal knowledge.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1992.  I am admitted also to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Mr. Dreiband since October 2007.

4.      On information and belief, Mr. Dreiband is a Partner at Akin Gump Strauss Hauer & Feld LLP, and his principal office is in Washington, D.C.

5.      I have found Mr. Dreiband to be a highly skilled attorney and a person of great integrity. He impresses me as being highly experienced in Federal practice and familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Mr. Dreiband pro hac vice.

7.      I respectfully submit herewith a proposed order granting the admission of Mr. Dreiband pro hac vice, which is attached hereto as Exhibit A.

        WHEREFORE it is respectfully requested that the motion to admit Mr. Dreiband, pro hac vice, to represent Defendant in the above-captioned matter, be granted.


Sworn to before me this
5th day of March, 2008

_____
Notary Public

**DAMARIS ROSARIO**
**Notary Public, State of New York**
**No. 01RO4635453**
**Qualified in Orange County**
**Certificate Filed in New York County**
**Commission Expires Feb. 28, 2011**

_____
Thomas H. Golden

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                                 :
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                                                      :

                            Plaintiff,      :

               -against-                       :

BLOOMBERG L.P.,                                                 :

                    Defendant.       :

-------------------------------------------------------------- x
                                                                 :
JILL PATRICOT, TANYS LANCASTER,
MONICA PRESTIA and JANET LOURES,                                :

             Plaintiffs-Intervenors,   :

               -against-                       :

BLOOMBERG L.P.,                                                 :

                    Defendant.       :

-------------------------------------------------------------- x

Case No.: 07 CV. 8383 (LAP) (HP)
ECF ACTION

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

        Upon the motion of Thomas H. Golden attorney for Defendant Bloomberg L.P.

and the accompanying affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Eric S. Dreiband |
| Firm Name: | Akin Gump Strauss Hauer & Feld LLP |
| Address: | Robert S. Strauss Building<br>1333 New Hampshire Avenue NW |
| City/State/Zip: | Washington, DC 20036 |

| Phone Number: | (202) 887-4180 |
|---|---|
| Fax Number: | (202) 887-4288 |
| Email Address | edreiband@akingump.com |

is admitted to practice pro hac vice as counsel for Defendant in the above-captioned matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  Counsel shall immediately apply for an ECF password at www1.nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008
       New York, New York

                                    _____
                                    Loretta A. Preska, U.S.D.J.

4146500.1                          -2-

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the bar of this Court, certifies that on March 6, 2008, he caused a copy of the MOTION TO ADMIT COUNSEL <u>PRO</u> <u>HAC</u> <u>VICE</u>, AFFIDAVIT OF THOMAS H. GOLDEN IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO</u> <u>HAC</u> <u>VICE</u>, AND ORDER FOR ADMISSION <u>PRO</u> <u>HAC</u> <u>VICE</u> ON WRITTEN MOTION to be served by email upon the following counsels of record:


Raechel Adams
Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004
raechel.adams@eeoc.gov

Michelle Anne Caiola
Equal Employment Opportunity Commission
33 Whitehall St., 5th Floor
New York, NY 10004
michelle.caiola@eeoc.gov

Milo Silberstein
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, NY 10007
msilberstein@dealysilberstein.com

William J. Dealy
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, NY 10007
wjd@dealysilberstein.com

Betsy Silverstine
The Roth Law Firm, PLLC
545 Fifth Avenue, Suite 960
New York, NY 10017
betsy@rothlaw.com

Jared E. Cohen (JC-1477)