UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                      Plaintiff,

        -against-

BLOOMBERG L.P.,

                      Defendant.

------------------------------------------------------------------ x

JILL PATRICOT, TANYS LANCASTER,
MONICA PRESTIA and JANET LOURES,

                      Plaintiffs-Intervenors,

        -against-

BLOOMBERG L.P.,

                      Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

Case No.: 07 CV. 8383 (LAP) (HP)
ECF ACTION

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Thomas H. Golden attorney for Defendant Bloomberg L.P. and the accompanying affidavit in support;

IT IS HEREBY ORDERED that:

| Applicant's Name: | Eric S. Dreiband |
|---|---|
| Firm Name: | Akin Gump Strauss Hauer & Feld LLP |
| Address: | Robert S. Strauss Building<br>1333 New Hampshire Avenue NW |
| City/State/Zip: | Washington, DC 20036 |

| Phone Number: | (202) 887-4180 |
|---|---|
| Fax Number: | (202) 887-4288 |
| Email Address | edreiband@akingump.com |

is admitted to practice pro hac vice as counsel for Defendant in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at www1.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 7, 2008
New York, New York

_Loretta A. Preska_
Loretta A. Preska, U.S.D.J.