UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

   -against-

BLOOMBERG L.P.,

        Defendant.
-----------------------------------------------------------------------------x   07-CV-8383 (LAP)(HP)
JILL PATRICOT, TANYS LANCASTER,
JANET LOURES, and MONICA PRESTIA,

        Plaintiff-Intervenors,

   -against-

BLOOMBERG L.P.,

        Defendant.
-----------------------------------------------------------------------------x

**NOTICE OF APPEARANCE OF KAM S. WONG**
**FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

    PLEASE TAKE NOTICE that Kam S. Wong hereby appears as counsel for Plaintiff Equal Employment Opportunity Commission in the above-captioned action. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: June 27, 2008

        Signed:    _____/s/_____
                           Kam S. Wong
                           Senior Trial Attorney
                           Equal Employment Opportunity Commission
                           33 Whitehall Street, 5th Floor
                           New York, New York 10004
                           (212) 336-3703
                           kam.wong@eeoc.gov