UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

           Plaintiff,                    07 CIVIL 8383 (LAP/HP)

      -against-

BLOOMBERG L.P.
           Defendant.
................................................................x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Eric Dreiband</u>

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☑ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: <u>Akin Gump Strauss Hauer & Feld L.L.P.</u>
    To: <u>Jones Day</u>

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ **Address:** <u>51 Louisiana Avenue, N.W.; Washington, D.C. 20001-2113</u>

☐ **Telephone Number:** <u>(202) 879-3939</u>

☐ **Fax Number:** <u>(202) 626-1700</u>

☐ **E-Mail address:** <u>esdreiband@JonesDay.com</u>

Dated: <u>July 16, 2008</u>          */s/ Eric Dreiband*