**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of July 2008, I caused a copy of the foregoing Notice of Change of Address to be sent by first class mail, postage prepaid, to the following person:

>William J. Dealy
>Dealy & Trachtman, L.L.P.
>225 Broadway
>Suite 1405
>New York, NY 10007

>Eric S. Dreiband /s\_\_\_\_\_
>Eric S. Dreiband