# WILLKIE FARR & GALLAGHER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08

July 17, 2008

**VIA FAX TO (212) 805-7941**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re: EEOC v. Bloomberg L.P., 07-CV-8383 (LAP)

Dear Judge Preska:

We represent Bloomberg L.P. in the above-referenced action. I am writing with regard to the July 11, 2008, letter from Raechel Adams of the EEOC to Your Honor accompanying plaintiff EEOC's motion to compel the production of certain documents. Ms. Adams attached to her motion certain documents produced by Bloomberg in this litigation which Bloomberg had designated as confidential pursuant to the terms of the February 13, 2008, Confidentiality Stipulation and Order. Ms. Adams' letter indicates that EEOC challenged Bloomberg's confidentiality designations, but asked that Your Honor treat the exhibits to the letter in question, as well as the portions of her letter referring to those exhibits, as confidential until either the parties reached agreement on the issue or Bloomberg filed a motion for a protective order.

After further discussions on this subject, Ms. Adams and I have agreed that, by the close of business tomorrow, July 18th, Bloomberg shall indicate to EEOC which specific portions of the documents in question it considers confidential. EEOC shall, by the close of business on Monday, July 21st, tell us whether it agrees with Bloomberg's designations. In the absence of agreement, Bloomberg shall seek a protective order by no later than Wednesday, July 23rd.

We therefore respectfully request that, until July 23, 2008, or such earlier time as the Court is informed of an agreement among the parties on this issue, the Court continue to treat as confidential the documents in question.

SO ORDERED

Loretta A. Preska

[LORE]TTA A. PRESKA
[UNITE]D STATES DISTRICT JUDGE

July 17, 2008

JUL-17-2008 15:07 WILLKIE FARR 45-129 45 129 P.03/03
The Honorable Loretta A. Preska
July 17, 2008
Page 2

We would be happy to provide whatever additional information Your Honor might deem useful, and we appreciate Your Honor's consideration of this matter.

Respectfully submitted,

Thomas H. Golden

THG:ac

cc: All Counsel of Record

4382784.1

TOTAL P.03