✎ AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____     DISTRICT OF     _____New York_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff,

    v.

BLOOMBERG, L.P., Defendant.

--------------------------------------------------

JILL PATRICOT, TANYS LANCASTER, JANET LOURES,

    and MONICA PRESTIA, Plaintiff-Intervenors,

    v.

BLOOMBERG, L.P., Defendant.

## APPEARANCE

Case Number:   **07 Civ. 8383 (LAP)**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| **July 24, 2008** | **s/ Justin Mulaire** |
| Date | Signature |
| | **Justin Mulaire**      **JM2718** |
| | Print Name      Bar Number |
| | **U.S. E.E.O.C., 500 W. Madison St., Ste. 2000** |
| | Address |
| | **Chicago,**    **IL**    **60661** |
| | City    State    Zip Code |
| | **312-353-7722**      **312-353-8555** |
| | Phone Number      Fax Number |