IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>)<br>**Plaintiff,** )<br>)<br>-against- )<br>)<br>**BLOOMBERG L.P.,** )<br>)<br>**Defendant.** )<br>_____)<br>**JILL PATRICOT, TANYS LANCASTER,** )<br>**JANET LOURES, and MONICA PRESTIA,** )<br>)<br>**Plaintiff-Intervenors,** )<br>)<br>-against- )<br>)<br>**BLOOMBERG L.P.,** )<br>)<br>**Defendant.** )<br>_____) | 07 Civ. 8383 (LAP) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I caused a copy of my Notice of Appearance in the above-captioned action to be sent by U.S. Mail, postage pre-paid, to

William J. Dealy
Dealy & Trachtman, L.L.P.
225 Broadway, Ste. 1405
New York, NY  10007

August 4, 2008                                                          Respectfully Submitted,

                                                                                    s/ Justin Mulaire_____
                                                                                    Trial Attorney
                                                                                    U.S. Equal Employment Opportunity Commission
                                                                                    500 W. Madison St., Ste. 2000
                                                                                    Chicago, IL  60661
                                                                                    312-353-7722
                                                                                    justin.mulaire@eeoc.gov
                                                                                    Bar ID:  JM2718