UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

          Plaintiff,

-against-

BLOOMBERG L.P.,

          Defendant.

----------------------------------------------------------------x

JILL PATRICOT, TANYS LANCASTER,
JANET LOURES, MONICA PRESTIA,
MARIA MANDALAKIS, ET AL.,

          Plaintiff-Intervenors,

-against-

BLOOMBERG L.P.,

          Defendant.

----------------------------------------------------------------x

07-CV-8383
(LAP)(HP)

## PLAINTIFF-INTERVENORS MONICA PRESTIA AND MARIA MANDALAKIS'S CROSS-NOTICE OF DEPOSITION

TO:    Counsel for Defendant

     Please take notice that pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, as well as the local Civil Rules of the Southern District of New York, Plaintiff-Intervenors Monica Prestia and Maria Mandalakis will take the deposition upon oral examination of **Michael Bloomberg** before a person authorized by law to administer oaths, as follows:

DATE:        Thursday, May 14, 2009
TIME:        Commencing at 9:00 a.m.
PLACE:      EEOC, 33 Whitehall Street, 11th floor, New York, NY 10004

The testimony shall be recorded by stenographic means and videotaped. You are invited to attend and examine the witness.

Dated: May 5, 2009
      New York, New York

                                      THE ROTH LAW FIRM, PLLC

                                   By: _____
                                        Richard A. Roth (RAR 5538)
                                   545 Fifth Avenue, Suite 960
                                   New York, New York 10017
                                   Tel: 212-542-8882
                                   Fax: 212-542-8883
                                   *Attorneys for Plaintiff-Intervenors Monica Prestia*
                                   *and Maria Mandalakis*

# CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the bar of this Court, certifies that on May 5, 2009, he caused a copy of the foregoing to be served by electronic mail upon the following counsel of record:

Tom Golden
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Tel: (212) 728-8657
Fax: (212) 728-9657
tgolden@willkie.com

Eric Dreiband
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel: 202-879-3720
esdreiband@jonesday.com

Attorneys for Defendant Bloomberg L.P.

William Dealy
Milo Silberstein
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, NY 10007
wjd@dealysilberstein.com
msilberstein@dealysilberstein.com

Attorneys for Plaintiff-Intervenors Jill Patricot, Tanys Lancaster, and Janet Loures

Kam Wong
Senior Trial Attorney
Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Kam.Wong@EEOC.GOV

THE ROTH LAW FIRM, PLLC

By: _____
    Richard A. Roth (RAR 5538)
545 Fifth Avenue, Suite 960
New York, NY 10017
Tel: (212) 542-8882
Fax: (212) 542-8883
*Attorneys for Plaintiff-Intervenor*
*Monica Prestia and*
*Maria Mandalakis*