UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                Plaintiff,

    -against-

BLOOMBERG L.P.,

               Defendant.
---------------------------------------------------------------------x    07-CV-8383
    (LAP)(HBP)
JILL PATRICOT, TANYS LANCASTER,
JANET LOURES, MARINA KUSHNIR, MONICA PRESTIA, and    **ORAL ARGUMENT**
MARIA MANDALAKIS,    **REQUESTED**

              Plaintiff-Intervenors,

    -against-

BLOOMBERG L.P.,

              Defendant.
---------------------------------------------------------------------x

## PLAINTIFF EEOC'S NOTICE OF MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. MICHAEL P. WARD AND DR. JOHN H. JOHNSON, IV

      PLEASE TAKE NOTICE that Plaintiff Equal Employment Opportunity Commission ("EEOC") pursuant to Rules 403 and 702 of the Federal Rules of Evidence and the Local and Individual Rules of this Court, and upon: (1) the accompanying Memorandum of Law in Support of Plaintiff EEOC's Motion to Exclude the Expert Opinions of Dr. Michael P. Ward and Dr. John H. Johnson, IV, and (2) the Declaration of Raechel L. Adams, and the exhibits attached thereto, will move this Court, before the Honorable Loretta A. Preska, in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an

Order pursuant to Rules 403 and 702 of the Federal Rule of Evidence that excludes the expert opinions of Dr. Ward and Dr. Johnson from evidence in this matter.  In the alternative, Plaintiff EEOC requests pursuant to Federal Rule of Evidence 403 that only one statistical expert be permitted to testify on behalf of Defendant in this matter.  Plaintiff EEOC also requests such other and further relief as the Court deems just and proper.

   PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served by Defendant Bloomberg L.P. no later than June 11, 2010, and any reply papers shall be served by Plaintiff EEOC no later than June 25, 2010, pursuant to the Court's Order at the March 25, 2010 hearing.

Dated: May 14, 2010

             Respectfully submitted,

             EQUAL EMPLOYMENT OPPORTUNITY
             COMMISSION


             /s/_____
             Raechel L. Adams (RA-0460)
             33 Whitehall Street, 5th Floor
             New York, NY 10004
             Tel: (212) 336-3707
             Fax: (212) 336-3623
             e-mail: raechel.adams@eeoc.gov