# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3720
esdreiband@jonesday.com

June 4, 2010

**VIA FAX**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/10
```

Re:  EEOC v. Bloomberg L.P., 07-CV-8383 (LAP)

Dear Judge Preska:

Defendant Bloomberg L.P. ("Bloomberg") respectfully requests permission to exceed the 20-page limit to memoranda of law required by Your Honor's Individual Practices.

On June 11, 2010, Bloomberg will file its Memorandum of Law in Opposition to Plaintiff Equal Employment Opportunity Commission's (EEOC) Motion to Exclude Expert Opinions of Dr. Michael P. Ward and Dr. John H. Johnson, IV. Your Honor might recall that the Court granted EEOC's request to adhere to a 30-page limit for its *Daubert* brief. Because Bloomberg is addressing EEOC's motion to exclude two experts' opinions, it anticipates that it will need more than 20 pages to do so. Bloomberg does not, however, expect the final page count to exceed 30 pages. EEOC has consented to this request.

Thank you for your kind attention to this matter, and we look forward to your response.

Respectfully submitted,

Eric S. Dreiband (STM)

Eric S. Dreiband

cc:  All Counsel of Record

*Bloomberg may file a brief not to exceed thirty pages, double spaced text, 12 point type, both text and footnotes.*

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON