# Exhibit A

Highly Confidential

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------X
EQUAL EMPLOYMENT OPPORTUNITY   Case No. 07-CV-8383 (LAP)(HP)
COMMISSION,

                    Plaintiff

v.

BLOOMBERG L.P.,

                    Defendant.
---------------------------X
JILL PATRICOT, TANYS LANCASTER,
JANET LOURES, and MONICA PRESTIA,

                    Plaintiff-Intervenors

        -against-

BLOOMBERG L.P.,

                    Defendant.
---------------------------X
Volume I

                              December 15, 2009
                              New York, New York


        Videotaped deposition of DR. EUGENE BORGIDA, taken

on behalf of the Defendants, at Jones Day, 222 East 41st

Street, New York, New York, commencing at 9:13 a.m.,

December 15, 2009, before Anthony Armstrong, a Notary

Public and Certified Court Reporter of the State of New

York.

1                     Highly Confidential

2      that you were trying to cover before your

3      deposition today?

4           A.     The only other issue that surfaces in

5      the Faigman article is this issue about general

6      causation, and that's discussed in that piece by

7      Faigman, et al.

8           Q.     You said that in preparation for your

9      deposition, you also went back over some case

10     material; is that right?

11          A.     I went over the -- I went over the

12     excerpts that I used in the report.  I didn't go

13     back over any new material.  I did review the

14     expert reports -- the other expert reports

15     quickly before I came in.  But that was -- that

16     was the only sort of primary source that I --

17     that I really reviewed.

18          Q.     Which other expert reports did you

19     have the opportunity to review?

20          A.     I read the three statistical experts,

21     Linear, I believe, Ward and Johnson or Johnston.

22     I can't remember.  I read them quickly.

23          Q.     Why did you take the opportunity to

24     read the statistical reports?

25          A.     I was curious to see what was in

1                    Highly Confidential

2        them.

3            Q.     Does it have any bearing on your

4        expert opinion in this case?

5            A.     No.

6            Q.     And then you -- I'm sorry.  Strike

7        the question.

8                   Did you go over any other of the case

9        materials beyond the expert reports and the

10       excerpts that you used in your report in

11       preparation for your deposition today?

12           A.     I did not.

13           Q.     Finally, you said you met with Kam

14       Wong at the EEOC yesterday; is that right?

15           A.     Correct.

16           Q.     What time did that meeting begin?

17           A.     I believe that began at 9:30.

18           Q.     And how long did it last?

19           A.     I believe I left around 4:30.

20           Q.     Were there any documents that

21       Ms. Wong showed you during that prep session?

22           A.     The only documents she showed me, she

23       held up a file of material that she had sent to

24       you.  I didn't see what those documents were.

25       She just held up the file and said that this

1                    Highly Confidential

2          your mind, based on your expert opinion, that

3          gender stereotypic thinking influenced decisions

4          at Bloomberg, would you allow for the fact that

5          there's a 49 percent chance that it did not

6          affect thinking at Bloomberg?

7                    MS. WONG:   Objection.  Misstates

8             testimony.

9          A.    Yeah.  I said earlier that it's a

10         probabilistic statement.  And so I didn't

11         quantify that.  I was just throwing that out to

12         convey to you that it was less than your 100

13         percent but greater than 50.  So I'm not -- I

14         don't have any way of, you know, doing a neural

15         imaging study that will allow me to quantify it.

16                    So it is -- it is certain -- "more

17         likely than not" does imply, as I said earlier,

18         that there's a chance that it didn't have an

19         influence.

20    BY MR. DeLORME:

21         Q.    Now, when you say that gender

22         stereotypic thinking more likely than not

23         influenced decisions at Bloomberg, are you

24         suggesting that it's more likely than not in

25         every department of Bloomberg?

1                    Highly Confidential

2          A.     I was referring to the organization

3     at large, and to the -- there are different

4     aspects of Bloomberg, and there was testimony

5     from people who resided in different parts of

6     Bloomberg, and Bloomberg is worldwide.  So I was

7     referring to the organization at large and not

8     zoning in on or claiming that it was -- resided

9     in a particular group.  So I was referring to the

10    organization at large.

11              And there was testimony from different

12    organizations, from news and tradebooks and

13    operations, et cetera.  So I didn't qualify it.

14         Q.     And how did you measure that?

15              MS. WONG:   Objection.

16         A.     Measure what?

17    BY MR. DeLORME:

18         Q.      Measure the -- the probability

19    across, you know, the entire company that more

20    likely than not gender -- gender stereotypic

21    thinking influenced decisions at Bloomberg?  By

22    what means did you measure that statement?

23         A.     It's --

24              MS. WONG:   Objection.

25         A.     Sorry.  It's an expression of an

1                    Highly Confidential

2      that you have listed in your report --

3          A.      Correct.

4          **Q.**      -- that you reviewed, right?

5          A.      Yes, I'm sorry.  Yeah.  Correct.

6          **Q.**     Okay.  And --

7                  Okay.  Going back to your statement

8      about gender stereotypic thinking more likely than

9      not influencing decisions at Bloomberg.  Would

10     that apply to every manager at Bloomberg?

11                 MS. WONG:    Objection.

12         A.     I think it applies to -- in theory,

13     to individuals who are making decisions about

14     these kinds of employees; that, in theory,

15     individuals are affected by that way of thinking.

16     Some perhaps more than others.

17                 I made it clear that there are a

18     variety of factors that have a bearing on whether

19     some people are going to be more or less likely to

20     think that way.

21                 I don't know if every -- you know, I

22     didn't go through each and every manager, you

23     know, and assess them in that regard.  I made a

24     statement that there was enough material there to

25     illustrate these ideas that the question of

1                    Highly Confidential

2          speaking about an event that occurred in 2005

3          or 2003 or 2002 or 2007 whether, in fact, that

4          happened.  I just read what was on the record and

5          assumed that there was this period of time that

6          defined all such claims.

7     BY MR. DeLORME:

8          **Q.**     As you sit here today, can you

9          provide examples of gender stereotypic thinking

10         that occurred in each of the months from

11         February 2002 to December 2008?

12                    MS. WONG:    Objection.

13         A.     No, I can't roll that out because I

14         don't think that the materials I was sent would

15         even be amenable to that.  And that wasn't --

16         wasn't my goal.  That wasn't the purpose of

17         why -- why I was reviewing the materials, first

18         of all.

19                    But I don't even -- even if it was, I

20         don't think the data, quote/unquote, the case

21         material would lend itself by a month-by-month

22         rollout of who said what and what month.  I don't

23         think that that would even be possible to do based

24         on what I saw.  Maybe I'm wrong about that.

25

1                      Highly Confidential

2    BY MR. DeLORME:

3           Q.      Sorry, I didn't mean to cut you off.

4    Are you finished with your answer?

5           A.      Yeah.

6           Q.      Okay.  Could you do it based on year

7    by year?  Can you provide examples today of

8    gender stereotypic thinking that happened in each

9    of the years from 2002 to 2008?

10               MS. WONG:    Objection.

11          A.      I would not be able to do that as I

12   sit here today.  I'd have to go back to the

13   materials and then systematically re-review all

14   of those materials and take copious notes of what

15   was said when, and then put them in a spreadsheet

16   and then sort of rotate that so that I have some

17   sort of, you know, printout of what was said

18   when -- what was allegedly said when, to whom,

19   and under what circumstances.  And I didn't do

20   that.

21   BY MR. DeLORME:

22          Q.      With respect to your opinion that

23   gender stereotypic -- gender stereotypic thinking

24   more likely than not influenced decisions at

25   Bloomberg, would that be applicable to every

1                    Highly Confidential

2      gender stereotyping and prejudice literature that

3      specifically investigates what are the beliefs

4      that people hold about the women, but women who

5      are mothers or were pregnant.  And I was trying to

6      go from that work, which is part of that general

7      field, to thinking about the specific -- you know,

8      the specific context here which involves employees

9      who are mothers and pregnant.

10              But there is a body of work that

11     that's a part of that pertains to gender

12     stereotypes about women, you know, who are not

13     mothers or pregnant.

14          Q.     So did you focus in this study on the

15     effects of the literature and potential gender

16     stereotyping and biases associated with women who

17     became pregnant during the class period of

18     Bloomberg?

19              MS. WONG:   Objection.

20          A.     First of all, I didn't do a study.

21     But in this report, I focused on the general

22     literature and the subset of the literature that

23     pertains to women who are -- to motherhood which

24     is, as I said, in some people's minds the

25     prototypic stereotypic -- stereotype.

Page 106

Highly Confidential

1

2          And I don't know from the materials

3     that I sent -- and this may be the most specific

4     answer to your question.  I am not sure, of the

5     individuals whose material I read, I don't know

6     who became pregnant during that period of time.

7     I'd have to go back through and I'd have to,

8     again, log in, you know, whose pregnancy started

9     when and, et cetera.

10          So I didn't, you know, take notes and

11    sort of track those characteristics, you know, the

12    starting point, when someone gave birth, when they

13    announced their pregnancy, what have you.  I just

14    encountered testimony along those lines.  So I

15    can't tell you exactly who became pregnant, who

16    was a mother before or after.  I wasn't tracking

17    the characteristics of those -- of the claimants,

18    for example, in that way.

19 BY MR. DeLORME:

20     Q.    Given what you just said, are you

21    able to make -- or tender an opinion as to

22    whether or not gender stereotypic thinking more

23    likely than not influenced decisions with respect

24    to women who became pregnant from 2002 to 2006 at

25    Bloomberg?

1                     Highly Confidential

2        that, as I have already stated.  But in theory,

3        when you see someone -- when you know that one is

4        a mother, if you see that person show up with

5        their children or if you see that someone is

6        pregnant or find out about it, it activates -- in

7        theory, based on the research, you would expect

8        there to be some activation of that way of

9        thinking.

10           Q.     But you didn't do anything to measure

11       or test that with respect to all women who became

12       pregnant at Bloomberg from 2002 to 2008, correct?

13                  MS. WONG:    Objection.

14           A.     My task here and my -- what -- I

15       didn't conduct a study, as you refer to it.  I

16       didn't systematically go through and determine

17       person by person, you know, whether -- you know,

18       I don't know even know that I, you know -- it's

19       not really part of what I was trying to do.

20                  I didn't go through and systematically

21       try to determine and measure, as you put it, what

22       was said and the extent to which it was said.

23           Q.     Are you aware of any testimony by

24       women at Bloomberg who had positive experiences

25       during their pregnancies?

1                        Borgida

2            And the basis for that claim is my

3    knowledge about the social science and my

4    review of the case facts that I reviewed.

5            So, you know, you can -- I mean,

6    the opinion is stated.  More likely than

7    not.

8       **Q.**    So how many decisions do you

9    believe more likely than not were affected

10   by gender stereotypic thinking at Bloomberg?

11            MS. WONG:  Objection.

12            THE WITNESS:  I don't have a

13        specific number in mind.

14            I did not, as I said earlier, do a

15        scientific study of Bloomberg to decide

16        how many decisions have been made.

17            Based on the science, based on my

18        expertise in the science, it is very

19        clear to me that there are certain

20        features that are more likely -- that

21        are likely to be associated with gender

22        stereotypic thinking.

23            The question is, are those

24        features present in this environment, is

25        there testimony from individuals in the