UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                          :

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
                                          :

              Plaintiff,         :

               v.                    :

BLOOMBERG L.P.,
                                            :

             Defendant.       :

------------------------------------------------------------- x
                                          :

JILL PATRICOT, TANYS LANCASTER,     :
JANET LOURES, MONICA PRESTIA,
MARINA KUSHNIR and MARIA           :
MANDALAKIS,

                                          :

          Plaintiff-Intervenors,  :

             v.                    :

BLOOMBERG L.P.,
                                          :

             Defendant.       :

------------------------------------------------------------- x

07-CV-8383 (LAP/HP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/12

## [PROPOSED] ORDER

WHEREAS on January 18, 2012, Bloomberg L.P. ("Defendant") served its Motion for Summary Judgment on All Remaining Section 706 Claims Asserted by EEOC on Behalf of the 31 Non-Intervening Claimants and its Motion for Summary Judgment as to Claims of the Plaintiff-Intervenors (the "Motions");

WHEREAS on May 7, 2012, EEOC and Plaintiff-Intervenors served their papers in opposition to Defendant's Motions;

WHEREAS Defendant served its reply papers in further support of the Motions on June 29, 2012;

WHEREAS having considered the parties' submissions on the issue of sealing and redacting certain confidential information, the Court orders the parties to redact the following information from their respective papers in support of and in opposition to the Motions:

- Comparator names, where associated with specific compensation or performance information;

- Personally-identifiable medical information, excluding the fact of pregnancy and maternity leave dates;

- The specific day on which a claimant's child was born, but not the month or year. The redactions of all other birthdays shall be consistent with Federal Rule of Civil Procedure 5.2(a); and

- Confidential business information, including trade secrets, the disclosure of which could cause competitive harm to Bloomberg.

IT IS FURTHER ORDERED that the following documents shall be temporarily filed under seal in their entirety until further order from the Court:

- The Comparator Charts, as defined in Paragraph 48 of the Omnibus Declaration of Thomas H. Golden attached to Defendant's Motion for Summary Judgment on All Remaining Section 706 Claims Asserted by EEOC on Behalf of the 31 Non-Intervening Claimants.

IT IS FURTHER ORDERED that the parties shall file their papers consistent with this Order within five business days of entry of this Order.

SO ORDERED.

Dated:  New York, New York
        September 4, 2012

                                                    _Loretta A. Preska_
                                                    Loretta A. Preska
                                                    Chief U.S. District Judge