UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY       :
COMMISSION,                        :   07 Civ. 8383 (LAP)
            Plaintiff,             :      ORDER
                                   :
     v.                            :
                                   :
BLOOMBERG L.P.,                    :
            Defendant.             :
-----------------------------------X
JILL PATRICOT, TANYS LANCASTER,    :
JANET LOURES, MONICA PRESTIA,      :
MARINA KUSHNIR and MARIA           :
MANDALAKIS,                        :
       Plaintiffs-Intervenors,     :
                                   :
     v.                            :
                                   :
BLOOMBERG L.P.,                    :
            Defendant.             :
-----------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

Counsel are informed that certain documents filed on September 17, 2012, lacked original signatures. In the interests of expedition, the Court ordered the Clerk's Office to accept the materials for filing.

Counsel shall promptly provide the Clerk with original signature pages for any documents lacking an original signature.

SO ORDERED.

Dated:   September 18, 2012
         New York, New York

                              _____
                              LORETTA A. PRESKA
                              Chief U.S. District Judge