```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION,                         :    07 Civ. 8383 (LAP)
                                    :
            Plaintiff,              :    ORDER
                                    :
     v.                             :
                                    :
BLOOMBERG L.P.,                     :
                                    :
            Defendant.              :
-----------------------------------X
JILL PATRICOT, TANYS LANCASTER,     :
JANET LOURES, MONICA PRESTIA,       :
MARINA KUSHNIR and MARIA            :
MANDALAKIS,                         :
                                    :
            Plaintiffs-Intervenors, :
                                    :
     v.                             :
                                    :
BLOOMBERG L.P.,                     :
                                    :
            Defendant.              :
-----------------------------------X
```



LORETTA A. PRESKA, Chief United States District Judge:

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Bloomberg L.P. ("Bloomberg") shall confer and direct the Court to portions of the record, if any, containing information regarding (1) when the EEOC became aware of the remaining twenty-nine[1] non-intervening claimants on behalf of

---

[1] Since filing its Motion for Summary Judgment on All Remaining Section 706 Claims Asserted by EEOC on Behalf of the [Thirty-Two] Non-Intervening Claimants, the Court has been informed that the EEOC is no longer seeking relief on behalf of three such claimants.

whom it asserts claims and (2) the extent to which each claim was investigated prior to filing the instant action.

The parties shall provide the requested information to the Court, or inform the Court regarding the lack thereof, by May 23, 2013. If possible, the parties are encouraged to submit a single, joint letter in which they direct the Court to the information requested in this Order and note any relevant disagreements between the parties pertaining to that information.

SO ORDERED.

Date: May 8, 2013
      New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Chief U.S. District Judge

2