```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION,                         :    07 Civ. 8383 (LAP)
                                    :
          Plaintiff,                :    ORDER
                                    :
     v.                             :
                                    :
BLOOMBERG L.P.,                     :
                                    :
          Defendant.                :
-----------------------------------X
JILL PATRICOT, TANYS LANCASTER,     :
JANET LOURES, MONICA PRESTIA,       :
MARINA KUSHNIR and MARIA            :
MANDALAKIS,                         :
                                    :
          Plaintiffs-Intervenors,   :
                                    :
     v.                             :
                                    :
BLOOMBERG L.P.,                     :
                                    :
          Defendant.                :
-----------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

On May 23, 2013, the parties submitted correspondence to the Court in response to the Court's May 8, 2013, Order. For the purpose of ensuring a complete record in this action, the Court directs the Clerk of the Court to permit the parties to file electronically copies of the parties' May 23, 2013, letters and asks the parties to do so by Wednesday, September 4, 2013.

To the extent that any information contained within those letters should be redacted pursuant to this Court's prior orders

in this case, the parties are instructed to file a redacted copy publicly and an unredacted copy under seal.

SO ORDERED.

Date:   August **29**, 2013
        New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Chief U.S. District Judge