```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 8, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION, et al.,                 :   07 Civ. 8383 (LAP)
                                    :
            Plaintiffs,             :   ORDER
                                    :
      v.                            :
                                    :
BLOOMBERG L.P.,                     :
                                    :
            Defendant.              :
-----------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

Based on the parties' letters [dkt. nos. 561, 562, and 563], the request of the Equal Employment Opportunity Commission (the "EEOC") for a pre-motion conference regarding its intention to move for "clarification" of the September 9, 2013 orders [dkt. nos. 557 and 558] is denied as futile.

There is no need for any clarification of the orders. The EEOC order [dkt. no. 557] made it crystal clear that, for a variety of reasons, all of the EEOC's claims were dismissed with prejudice. Similarly, the Plaintiff-Intervenors Order [dkt. no. 558] made it crystal clear that Bloomberg's motion for summary judgment was granted as to all of the Plaintiff-Intervenors' claims except for several of Ms. Patricot's claims.

Counsel shall confer and inform the Court by letter no later than November 13, 2013 as to how they propose to proceed.

SO ORDERED.

Dated:   New York, New York
         November 8, 2013

_____
LORETTA A. PRESKA
Chief U.S. District Judge