UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
EQUAL EMPLOYMENT OPPORTUNITY           :
COMMISSION,
                                                                      :
                                                                              07-CV-8383 (LAP/HP)
                    Plaintiff,                              :

           v.                                                    :

BLOOMBERG L.P.,                                    :

                    Defendant.                         :
-------------------------------------------------------- x

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Bloomberg L.P., Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on October 25, 2010, ECF No. 168, insofar as it held that the United States Equal Employment Opportunity Commission ("EEOC"), Plaintiff in the above-captioned case, fulfilled Title VII's pre-suit requirements with respect to its pattern-or-practice discrimination claim.

Defendant asserts that the Notice of Appeal filed by EEOC on October 3, 2014 (and re-filed on October 6, 2014) was improper because the District Court has not yet entered a final judgment in the above-captioned case. Without waiving that argument, Defendant is filing this Notice of Cross-Appeal to preserve its rights in the event that the District Court or the Court of Appeals rules that EEOC's appeal was properly and timely filed.

- 2 -

| | |
|---|---|
| Dated: New York, New York<br>October 17, 2014 | WILLKIE FARR & GALLAGHER LLP<br><br>By:   /s/Thomas H. Golden<br>Thomas H. Golden<br>787 Seventh Avenue<br>New York, New York<br>(212)728-8000<br>tgolden@willkie.com<br><br>*Attorneys for Bloomberg L.P.* |