```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION, et al.,                 :        07 Civ. 8383 (LAP)
                                    :
            Plaintiffs,             :
                                    :
      v.                            :
                                    :
BLOOMBERG L.P.,                     :
                                    :
            Defendant.     :
-----------------------------------X
```



ORDER
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/14

LORETTA A. PRESKA, Chief United States District Judge:

On September 9, 2013, this Court granted summary judgment in favor of Defendant Bloomberg L.P. ("Bloomberg") on (i) all remaining Section 706 claims brought by the Equal Employment Opportunity Commission ("EEOC") on behalf of Non-Intervenors [see dkt. no. 557] ("Summary Judgment Order") and (ii) with respect to all claims asserted by Plaintiff-Intervenors, except for Plaintiff-Intervenor Jill Patricot [see dkt. no. 558].

Pursuant to the Summary Judgment Order: "Formal judgment shall not enter against the EEOC and in favor of Bloomberg until the Court enters judgment on pending claims of the remaining Plaintiff-Intervenors." Summary Judgment Order at 30.

With remaining Plaintiff-Intervenor Jill Patricot's action having been dismissed with prejudice by stipulation [see dkt. no. 587], the Court directs the Clerk of the Court to enter formal judgment against EEOC and in favor of Bloomberg.

SO ORDERED.

Dated:    New York, New York
          November  6, 2014


*Loretta A. Preska*

LORETTA A. PRESKA
Chief U.S. District Judge