

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3721
General FAX: (212) 336-3625

Raechel Adams
Supervisory Trial Attorney
Phone (212) 336-3707
Fax (212) 336-3623
raechel.adams@eeoc.gov

February 2, 2015

VIA ECF
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2-3-15]

Re: *EEOC et al. v. Bloomberg L.P.* (07-CV-8383(LAP))

Dear Judge Preska:

    EEOC writes to request permission to file via ECF certain letters that the parties sent to Your Honor by facsimile during the above-referenced litigation, so that the letters will be part of the record for appeal. Defendant Bloomberg L.P. consents to this request.

    Specifically, EEOC seeks to include in the public record a letter it sent to the Court on May 4, 2009, regarding, *inter alia*, EEOC's pre-suit conciliation attempts in this matter. To be complete, the parties also seek permission to file Bloomberg's letter dated April 27, 2009, to which EEOC's letter responded. At the time these letters were submitted to Your Honor, the Court's practice was to receive letters in chambers, and the parties were not to file letters via ECF.

    We appreciate the Court's consideration of this request.

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*February 3, 2015*

Respectfully submitted,

s/

Raechel L. Adams

cc:    All counsel (via ECF)