

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
EEOC General Information: (800) 669-4000
TTY: (800) 669-6820
New York District Office: (212) 336-3721
FAX (212) 336-3625

February 9, 2015

Via ECF Filing
The Hon. Loretta A. Preska
United States District Court – S.D.N.Y.
500 Pearl Street, Room 2220
New York, NY 10007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2/10/15*

RE:   <u>EEOC, et al. v. Bloomberg, L.P.</u>, 07-cv-8383 (LAP)

Judge Preska:

On January 28, 2015, EEOC served its memorandum in opposition to Bloomberg's pending attorney fee motion. Under procedures approved previously by your Honor, the memorandum is to be filed once the parties determined whether any redactions are warranted.

On February 5, 2015, EEOC served a corrected version of that memorandum on Bloomberg, which is also attached to this letter. It makes typographical and editing corrections to the original, and replaces a citation to a document that was previously filed in hard copy with a citation to the version filed by ECF earlier on February 5, 2015. Courtesy copies will be delivered to your Honor's chambers shortly.

Bloomberg and EEOC have each determined that no redactions are warranted to the corrected memorandum.

EEOC respectfully requests leave to file the attached, corrected version of its memorandum in opposition to Bloomberg's attorney fee motion, in lieu of filing the original.

Bloomberg consents to this request.

Respectfully submitted,

s/ Justin Mulaire
Trial Attorney

*[Signature: Loretta A. Preska, United States District Judge]*
*2/9/15*

CC:   All counsel of record (via ECF)