# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:07-cv-8383-LAP

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand and fifteen.

_____

| | |
|---|---|
| United States Equal Employment Opportunity Commission, | ORDER<br>Docket No. 14-3737 (L),<br>14-3921 (XAP) |
| Plaintiff - Appellant - Cross - Appellee, | |

Tanys Lancaster, Janet Loures, Marina Kushnir, Jill Patricot, Monica Prestia, Maria Mandalakis,

Plaintiffs-Intervenors,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 10, 2015

v.

Bloomberg L.P.,

Defendant - Appellee - Cross - Appellant.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/10/2015