USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-15-15

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION, et al.,                 :   07 Civ. 8383 (LAP)
                                    :
          Plaintiffs,               :   ORDER
                                    :
     v.                             :
                                    :
BLOOMBERG L.P.,                     :
                                    :
          Defendant.                :
-----------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

Defendant Bloomberg L.P. having withdrawn its motion for attorney's fees [dkt. no. 719], and the Court of Appeals having "So Ordered" the parties' stipulation withdrawing their respective appeals (see [dkt. nos. 718, 721]), the Clerk of Court is directed to mark this case as closed and deny as moot any pending motions.

SO ORDERED.

Dated:   New York, New York
         July 15, 2015

_____
LORETTA A. PRESKA
Chief U.S. District Judge